IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHNSE D. GILL                                                                                    PLAINTIFF
ADC #651129

v.                             No: 1:19-cv-00076 BSM

MICHAEL D. OSBORNE, et al.                                                        DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of October 2019.

_____
UNITED STATES DISTRICT JUDGE